UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| AMBER DIAZ, *formerly known as* *Amber Yohman*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CAUSE NO. 1:13-CV-199 |
| EDWARD NEWCOMER, GAMESA TECHNOLOGY CORPORATION, INC., and ENTERPRISE FM TRUST, | ) ) ) ) ) |
| Defendants. | ) |

**OPINION AND ORDER**

This case was removed to this Court from the Allen Superior Court by Defendants based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). (Docket # 2.) The Court, having reviewed the original Notice of Removal, noted several inadequacies and ordered Defendants to file an Amended Notice of Removal (Docket # 6), which they subsequently did (Docket # 9). The Amended Notice of Removal alleges that, "[a]ccording [to] the plaintiff's Complaint, and upon information and belief based on the plaintiff's medical records in relation to the plaintiff's alleged injuries experienced from the subject incident giving rise to her Complaint, the defendant is of the belief that the plaintiff is a citizen of Indiana." (Am. Notice of Removal ¶ 7.)

Defendants' Amended Notice of Removal, however, is still insufficient because it is well-settled that "[a]llegations of federal subject matter jurisdiction may not be made on the basis of information and belief, only personal knowledge." *Yount v. Shashek*, No. Civ. 06-753-GPM, 2006 WL 4017975, at *10 n.1 (S.D. Ill. Dec. 7, 2006) (citing *Am.'s Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992)); *Ferolie Corp. v. Advantage Sales &*

1

*Mktg., LLC*, No. 04 C 5425, 2004 WL 2433114, at *1 (N.D. Ill. Oct. 28, 2004); *Hayes v. Bass Pro Outdoor World, LLC*, No. 02 C 9106, 2003 WL 187411, at *2 (N.D. Ill. Jan. 21, 2003); *Multi-M Int'l, Inc. v. Paige Med. Supply Co.*, 142 F.R.D. 150, 152 (N.D. Ill. 1992). Consequently, Defendants must further amend their Notice of Removal to allege Plaintiff Amber Diaz's citizenship on personal knowledge rather than on information and belief.

Accordingly, Defendants are ORDERED to supplement the record by filing a Second Amended Notice of Removal on or before July 16, 2013, properly alleging on personal knowledge the citizenship of Plaintiff Amber Diaz.

SO ORDERED.

Enter for this 2nd day of July, 2013.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge